IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GREGORY WILLIAMS and
ZSA'NAZIA HEARD WILLIAMS,
    Plaintiffs,

vs.                                      Case No.:  3:17cv151/RV/EMT

UNITED STATES, INC., et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk. Plaintiffs commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1), and an amended complaint was subsequently filed (ECF No. 6). By order of this court dated April 19, 2017, Plaintiffs were given thirty (30) days in which to file a second amended complaint and/or file a notice indicating that they intend to pursue separate actions (*see* ECF No. 7). Plaintiffs failed to file a second amended complaint or the notice by the deadline. Therefore, on May 31, 2017, the court issued an order requiring Plaintiffs to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 11).

The time for compliance with the show cause order has now elapsed, and Plaintiffs have failed to file a second amended complaint, a notice, or a show cause response; nor has there been any other activity in this case.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiffs' failure to comply with an order of the court.

At Pensacola, Florida, this 29th day of June 2017.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.